**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Darrell Lee KILGORE, Defendant–
Appellant.**

No. 07–15361
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 10, 2008.

Terry Flynn, U.S. Attorney's Office, N.D. of Florida, Tallahassee, FL, for Plaintiff–Appellee.

Gwendolyn L. Spivey, Federal Defender Office, Tallahassee, FL, Randolph P. Murrell, Federal Public Defender, Tallahassee, FL, for Defendant–Appellant.

Before BIRCH, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Darrell Lee Kilgore, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is

**GRANTED,** and Kilgore's conviction and sentence are **AFFIRMED.**